962

No. 79–1104. E. I. DU PONT DE NEMOURS & CO. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 79–1108. JONES ET AL. v. MORRISON. C. A. 9th Cir. Certiorari denied.

No. 79–1116. McINNIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1121. SCOTT v. UNITED STATES; and
No. 79–1122. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1138. SCHULZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–1146. PETTY ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1149. ALLSTATE SAVINGS & LOAN ASSN. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 79–1150. CALIFORNIA, BY AND THROUGH THE DEPARTMENT OF TRANSPORTATION OF CALIFORNIA, ET AL. v. DORIA MINING & ENGINEERING CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–1161. ST. JOSEPH'S HOSPITAL HEALTH CENTER v. BLUE CROSS OF CENTRAL NEW YORK, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–1165. SCOTT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–1166. SMITH v. WILSON FREIGHT CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 79–1168. McDONALD v. GERBERDING ET AL. Sup. Ct. Wash. Certiorari denied.